```
____FILED          ____RECEIVED
____ENTERED        ____SERVED ON
          COUNSEL/PARTIES OF RECORD

         JUN - 4 2013

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY:_____DEPUTY
```

1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   NICHOLAS D. DICKINSON
3  Assistant United States Attorney
   333 Las Vegas Boulevard South
   Suite 5000
4  Las Vegas, Nevada 89101
   702-388-6336
5

6              UNITED STATES DISTRICT COURT
                   DISTRICT OF NEVADA
7                         -oOo-

8

9  UNITED STATES OF AMERICA,        )   2:13-CR-207
                                    )
10         Plaintiff,                )   CRIMINAL INDICTMENT
                                    )
11     vs.                           )   **VIOLATIONS:**
                                    )
12  MATTHEW NICHOLAS,                )   18 U.S.C. §§ 922(g)(1) and 924(a)(2) -
                                    )   Unlawful Possession of a Firearm
13         Defendant.                )
                                    )   18 U.S.C. § 924(d) - Forfeiture
14 _____)
   **THE GRAND JURY CHARGES THAT**:
15
                      **COUNT ONE**
16
   On or about May 22, 2013, in the State and Federal District of Nevada,
17
                      MATTHEW NICHOLAS,
18
   defendant herein, having been convicted of Possession of Controlled Substance, Clark
19
   County, District Court, Case No. 08-C-241701, a crime punishable by imprisonment for
20
   a term exceeding one year, did knowingly possess firearms, specifically, a Bersa pistol,
21
   .380 caliber, serial number 929042; a Smith and Wesson pistol, model 4043, .40
22
   caliber, serial number TVC6854; a Walther pistol, model P22, .22 LR, serial number
23
   L254818; a Ruger pistol, model P89, 9mm, 307-87992; a Mossberg shotgun, model
24

500, 12 gauge, serial number U029499; and a Ruger rifle, model 10/22 with Archangel 5.56 22LR, said possession being in and affecting interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATIONS

1. The allegations of Counts One of this Indictment are hereby re-alleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the felony offense charged in Count One of this Criminal Indictment,

MATTHEW NICHOLAS,

shall forfeit to the United States of America, any firearm or ammunition involved in or used in any knowing violation of Title 18, United States Code, Section 922(g)(1):

a. a Bersa pistol, .380 caliber, serial number 929042;

b. a Smith and Wesson pistol, model 4043, .40 caliber, serial number TVC6854;

c. a Walther pistol, model P22, .22 LR, serial number L254818;

d. a Ruger pistol, model P89, 9mm, 307-87992;

e. a Mossberg shotgun, model 500, 12 gauge, serial number U029499;

f. a Ruger rifle, model 10/22 with Archangel 5.56 22LR; and

g. any and all ammunition.

All pursuant to Title 18, United States Code, Section 922(g)(1); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

**DATED:** this ___4___ day of June, 2013

**A TRUE BILL:**

/S/ _____
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

NICHOLAS D. DICKINSON
Assistant United States Attorney