

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:13-CR-207-KJD-(CWH) |
| v. ) | |
| ) | |
| MATTHEW NICHOLAS, ) | |
| ) | |
| Defendant. ) | |

**FINAL ORDER OF FORFEITURE AS TO MATTHEW NICHOLAS**

On November 4, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) forfeiting property of defendant MATTHEW NICHOLAS to the United States of America. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 20; Plea Agreement, ECF No. 21; Preliminary Order of Forfeiture, ECF No. 24.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) that the Preliminary Order of Forfeiture (ECF No. 24) listing the following assets is final as to defendant MATTHEW NICHOLAS:

1. a Smith and Wesson Pistol, model 4043, .40 caliber, serial number TVC6854;
2. a Mossberg shotgun, model 500, 12 gauge, serial number U029499;

. . .

. . .

3. a Ruger rifle, model 10/22 with Archangel 5.56 22LR; and
4. any and all ammunition.

DATED this 30th day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE